UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02204-SSS-DTBx | Date | January 6, 2025 |
|---|---|---|---|
| Title | *Tiffany Walker v. Caremark California Specialty Pharmacy, LLC, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present   None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On October 16, 2024, Defendant Caremark California Specialty Pharmacy, LLC filed their Notice of Removal in which numerous Doe defendants are listed. [*See* Dkt. 1 at 1]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Doe defendants should not be dismissed for failure to name and serve a copy of the summons and Complaint on these defendants. Plaintiff must respond in writing by **February 5, 2025**. Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**